UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AHSAN KHAN and SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and REHANA KHAN, individually,

Plaintiffs,

v.

SAN FRANCISCO HOUSING AUTHORITY,

Defendant.

CASE NO. C-07-6209-MJJ

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mary J. Hahn, an active member in good standing of the bar of the District of Columbia whose business address is Relman & Dane, PLLC, 1225 19th Street, N.W., Suite 600, Washington, D.C. 20036-2456, with a telephone number of 202-728-1888, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Ahsan Khan et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 22, 2008

United States District Judge
Judge Martin J. Jenkins

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611014715
Cashier ID: bucklem
Transaction Date: 01/17/2008
Payer Name: relman and dane
------------------------------------
PRO HAC VICE
 For: mary j hahn
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: john p relman
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 3918
 Amt Tendered:  $420.00
------------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:      $0.00

c07-6209-jj


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```