D. Scott Chang, SBN 146403
Mary J. Hahn
John P. Relman
Relman & Dane, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

M. Julie Patiño, SBN 250375
Ernest Saadiq Morris*
Adam J. Zapala, SBN 245748
Bay Area Legal Aid
2 West Santa Clara Street, 8th Floor
San Jose, CA 95113
Telephone: (408) 283-3700
Facsimile: (408) 283-3750
jpatino@baylegal.org

Attorneys for Plaintiffs

* *pro hac vice* application to be filed

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLIAND DIVISION

| | |
|---|---|
| AHSAN KHAN and SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and REHANA KHAN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY,<br><br>Defendant. | Case No.: C-07-6209-MJJ<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

AHSAN KHAN and SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and RHEANNA KHAN, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

SAN FRANCISCO HOUSING AUTHORITY

CV 07 6209

MJJ

TO: (Name and address of defendant)

San Francisco Housing Authority
440 Turk Street
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

D. Scott Chang
Relman & Dane, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC - 7 2007

Richard W. Wieking
CLERK

DATE 12/6/2007

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RELMAN & DANE, PLLC<br>1225 19TH STREET, N.W., #600<br>WASHINGTON, DC  20036 | (202) 728-1888 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00234015-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
KHAN vs. SAN FRANCISCO HOUSING

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 07 6209 MJJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, LOCAL GUIDELINES, DROP BOX FILING PROCEDURES, ECF REGISTRATION HANDOUT


           Name: SAN FRANCISCO HOUSING AUTHORITY

  Person Served: TIM LARSEN
          Title: AUTHORIZED TO ACCEPT SERVICE


Date of Delivery: January 3, 2008    HDATE:
Time of Delivery: 10:00 am

Place of Service: 440 TURK STREET
                  SAN FRANCISCO, CA 94102          **(Business)**


Manner of Service:   **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 85.75

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . SAN FRANCISCO . . . County,
    Number: . . . 2007-0001016 . . . . . . . .
    Expiration Date:  05/31/2009
         PREFERRED LEGAL SERVICES, INC.
         210 Fell Street, #19
         San Francisco, CA 94102
         (415) 882-2250
                302/00234015-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . January 24, 2008 . . . . . .
at: . . . . . . . . San Francisco . . . . . ., California.

Signature: /s/
Name: KYLE A. WEITZEL
Title: (i) Employee or independent contractor

# CERTIFICATE OF SERVICE
## NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on January 30, 2008, a copy of the Proof of Service of Summons and Complaint was electronically filed and was served upon the following by mail:

Tim Larsen
San Francisco Housing Authority
440 Turk Street
San Francisco, CA 94102

                                                /s/ Kate Berry
                                                 Kate Berry