UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AHSAN KHAN, et al.,

        Plaintiff(s),

v.

SAN FRANCISCO HOUSING AUTHORITY,

        Defendant(s).

Case No. C 07-6209 CRB

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/26/2008

Ahsan Khan, et al.
[Party]

Dated: 2/26/2008

/s/ Mary J. Hahn
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

CERTIFICATE OF SERVICE
NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on February 26, 2008, a copy of the foregoing Plaintiff's ADR Certification by Parties and Counsel was electronically filed and by operation of the Court's ECF System was served upon the following by electronic mail:

Kevin K. Cholakian
Vivian Leung Lerche
**Cholakian & Associates**
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: 415-467-8200

/s/ D. Scott Chang
D. Scott Chang