UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AHSAN KHAN, et al.,

                Plaintiff(s),

                v.

SAN FRANCISCO HOUSING
AUITHORITY,

                Defendant(s).

CASE NO. C 07-6209 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 3/7/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mary J. Hahn | Ahsan Khan, et al. | 202-728-1888 | mhahn@relmanlaw.com |
| D. Scott Chang | Ahsan Khan, et al. | 202-728-1888 | schang@relmanlaw.com |
| Kevin K. Cholakian | SF Housing Authority | 415-467-8200 | kcholakian@cholakian.net |
| Vivian Leung Lerche | SF Housing Authority | 415-467-8200 | vlerche@cholakian.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/26/2008

/s/ Mary J. Hahn
Attorney for Plaintiff

Dated: 2/26/2008

/s/ Kevin K. Cholakian
/s/ Vivian Leung Lerche
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

1

CERTIFICATE OF SERVICE
NORTHERN DISTRICT OF CALIFORNIA

2

3   I hereby certify that on February 26, 2008, a copy of the foregoing Notice of

4   Need for ADR Phone Conference was electronically filed and by operation of the

5

6   Court's ECF System was served upon the following by electronic mail:

7

8   Kevin K. Cholakian
    Vivian Leung Lerche
9   **Cholakian & Associates**
    5 Thomas Mellon Circle, Suite 105
10  San Francisco, CA 94134
11  Telephone: 415-467-8200

12

13                                    /s/ D. Scott Chang
                                         D. Scott Chang
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28