UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AHSAN KHAN et al.,

        Plaintiff(s),

v.

SAN FRANCISCO HOUSING
AUTHORITY,

        Defendant(s).
_____/

Case No. C 07-6209 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/26/2008

SF Housing Authority
[Party]

Dated: 2/26/2008

/s/ Kevin K. Cholakian
/s/ Vivian Leung Lerche
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

| <u>Ahsan Khan et al. v. San Francisco Housing Authority</u> | U.S. District Court, Northern District of California; Case No. CV 07-6209 MJJ |
|---|---|

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. My business address is 5 Thomas Mellon Circle, Suite 105, San Francisco, California 94134. I am employed in the County of San Francisco where this service occurs. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U. S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served or caused to be served the within:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

on the interested parties to this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| D. Scott Chang, SBN 146403<br>Mary J. Hahn*<br>John P. Relman*<br>Relman & Dane, PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, DC 20036-2456<br>Telephone: (202) 728-1888 / Fax: (202) 728-0848<br>schang@relmanlaw.com | Attorneys for **Plaintiffs**<br>AHSAN KHAN AND SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and RHEANNA KHAN, individually |
| M. Julie Patino, SBN 250375<br>Ernest Saadiq Morris*<br>Adam J, Zapala, SBN 245748<br>Bay Area Legal Aid<br>2 West Santa Clara Street, 8th Floor<br>San Jose, CA 95113<br>Telephone: (408) 283-3700 / Fax: (408) 283-3750<br>Jpatino@baylegal.org | |

| | |
|---|---|
| ☒ | (BY MAIL) I sealed the envelope(s), with postage thereon fully prepaid, and on the date below, following ordinary business practices, I placed it for collection and mailing in the United States Postal Service, in San Francisco, California. |
| ☐ | (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| ☒ | (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction this service is made. |

Executed on **February 26, 2008**, at San Francisco, California.

_Jose Sarmiento_