D. Scott Chang, SBN 146403
Mary J. Hahn*
John P. Relman*
Relman & Dane, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

M. Julie Patiño, SBN 250375
Ernest Saadiq Morris*
Adam J. Zapala, SBN 245748
Bay Area Legal Aid
2 West Santa Clara Street, 8th Floor
San Jose, CA  95113
Telephone: (408) 283-3700
Facsimile: (408) 283-3750
jpatino@baylegal.org

Attorneys for Plaintiffs

*admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| AHSAN KHAN and SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and REHANA KHAN, individually,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY,<br><br>　　　　Defendant. | Case No.: C-07-6209-MJJ<br><br>**PLAINTIFF'S CERTIFICATION OF NO INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: February 29, 2008.

__/S/_____
D. Scott Chang
Mary J. Hahn*
John P. Relman*
Relman & Dane, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456

Julie Patiño
Ernest Morris*
Adam J. Zapala
Bay Area Legal Aid
2 West Santa Clara Street, 8th Floor
San Jose, CA  95113

Attorneys for Plaintiffs

*admitted *pro hac vice*