D. SCOTT CHANG, SBN 146403
MARY J. HAHN*
JOHN P. RELMAN*
RELMAN & DANE, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com
mhahn@relmanlaw.com
jrelman@relmanlaw.com

Attorneys for Plaintiffs
AHSAN KAHN, et al.

KEVIN K. CHOLAKIAN (S.B. # 103423)
VIVIAN L. LERCHE (S.B. # 149984)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: (415) 467-8200
Facsimile: (415) 467-8206
kcholakian@cholakian.net
vlerche@cholakian.net

Attorneys for Defendant
SAN FRANCISCO HOUSING AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN KHAN AND SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and RHEANNA KHAN, individually, <br><br> Plaintiff, <br> vs. <br><br> SAN FRANCISCO HOUSING AUTHORITY, <br><br> Defendants. | Case No.: CV 07-6209 CRB <br><br> **JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1    The parties to this action, by and through their respective counsel of record, hereby

2  jointly apply for and stipulate to a continuance of the case management conference for a period

3  of three weeks until March 28, 2008 at 8:30 a.m.  The parties request a continuance of the case

4  management conference to allow them to pursue settlement discussions.

5

6  DATED:  March 5, 2008                    RELMAN & DANE, PLLC

7

8                                          By __/s/_____
                                           D. Scott Chang
9                                          Mary J. Hahn
                                           John P. Relman
10                                         Attorneys for Plaintiffs
                                           AHSAN KAHN, et al.
11

12

13  DATED:  March 5, 2008                   CHOLAKIAN & ASSOCIATES

14                                          By ___/s/_____
                                           Kevin K. Cholakian
15                                         Vivian Leung Lerche
                                           Attorneys for Defendant
16                                         SAN FRANCISCO HOUSING
                                           AUTHORITY
17

18

19

20                          [PROPOSED] ORDER

21      Pursuant to stipulation, and good cause appearing therefore, the case management

22  conference is continued until _____, 2008 at 8:30 a.m.

23      It is so ordered.

24

25                                          _____
                                           Hon. Charles R. Breyer
26                                         United States District Judge

27

28

1

2

CERTIFICATE OF SERVICE
NORTHERN DISTRICT OF CALIFORNIA

3      I hereby certify that on March 5, 2008, a copy of the foregoing Joint Application and

4   Stipulation to Continue Case Management Conference; [Proposed] Order was electronically

5   filed and by operation of the Court's ECF System was served upon the following:

6

7

8   Kevin K. Cholakian
    Vivian Leung Lerche
9   **Cholakian & Associates**
    5 Thomas Mellon Circle, Suite 105
10  San Francisco, CA 94134
    Telephone: 415-467-8200
11

12

13

14

15                                      /s/ D. Scott Chang

16                                       D. Scott Chang

17

18

19

20

21

22

23

24

25

26

27

28

JOINT APPLICATION AND STIPULATION TO
CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER; CASE NO. C-07-6209-CRB