D. SCOTT CHANG, SBN 146403
MARY J. HAHN*
JOHN P. RELMAN*
RELMAN & DANE, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com
mhahn@relmanlaw.com
jrelman@relmanlaw.com

Attorneys for Plaintiffs
AHSAN KAHN, et al.

KEVIN K. CHOLAKIAN (S.B. # 103423)
VIVIAN L. LERCHE (S.B. # 149984)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: (415) 467-8200
Facsimile: (415) 467-8206
kcholakian@cholakian.net
vlerche@cholakian.net

Attorneys for Defendant
SAN FRANCISCO HOUSING AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN KHAN AND SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and RHEANNA KHAN, individually,<br><br>    Plaintiff,<br>vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY,<br><br>    Defendants. | Case No.: CV 07-6209 CRB<br><br>**JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1  The parties to this action, by and through their respective counsel of record, hereby
2  jointly apply for and stipulate to a continuance of the case management conference for a period
3  of three weeks until March 28, 2008 at 8:30 a.m.  The parties request a continuance of the case
4  management conference to allow them to pursue settlement discussions.

DATED:  March 5, 2008                              RELMAN & DANE, PLLC


                                                   By__/s/_____
                                                   D. Scott Chang
                                                   Mary J. Hahn
                                                   John P. Relman
                                                   Attorneys for Plaintiffs
                                                   AHSAN KAHN, et al.



DATED:  March 5, 2008                              CHOLAKIAN & ASSOCIATES


                                                   By ___/s/_____
                                                   Kevin K. Cholakian
                                                   Vivian Leung Lerche
                                                   Attorneys for Defendant
                                                   SAN FRANCISCO HOUSING
                                                   AUTHORITY



                              [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing therefore, the case management conference is continued until __March 28_____, 2008 at 8:30 a.m.

It is so ordered.


March 06, 2008

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

CERTIFICATE OF SERVICE
NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on March 5, 2008, a copy of the foregoing Joint Application and Stipulation to Continue Case Management Conference; [Proposed] Order was electronically filed and by operation of the Court's ECF System was served upon the following:

Kevin K. Cholakian
Vivian Leung Lerche
**Cholakian & Associates**
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: 415-467-8200

/s/ D. Scott Chang
D. Scott Chang