D. SCOTT CHANG, SBN 146403
MARY J. HAHN*
JOHN P. RELMAN*
RELMAN & DANE, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com
mhahn@relmanlaw.com
jrelman@relmanlaw.com

Attorneys for Plaintiffs
AHSAN KAHN, et al.

KEVIN K. CHOLAKIAN (S.B. # 103423)
VIVIAN L. LERCHE (S.B. # 149984)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: (415) 467-8200
Facsimile: (415) 467-8206
kcholakian@cholakian.net
vlerche@cholakian.net

Attorneys for Defendant
SAN FRANCISCO HOUSING AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN KHAN AND SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and RHEANNA KHAN, individually,<br><br>        Plaintiff,<br>  vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY,<br><br>        Defendants. | Case No.: CV 07-6209 CRB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND RESETTING HEARING OF MOTION TO DISMISS; [PROPOSED] ORDER** |

1  Pursuant to Civil Local Rule 6-2, the parties respectfully submit this stipulation to allow Plaintiffs to submit their response memorandum in opposition to Defendant's motion to dismiss (R. 9, Feb. 15, 2008) on Friday, April 4, 2008, and a resetting of the hearing date of said motion until April 25, 2008, at 10:00 AM. Under the current schedule, Plaintiffs' brief in opposition to the motion to dismiss is due on Friday, March 14, 2008, and the motion is currently noticed to be heard on April 4, 2008.

There is good cause for this request for extension of time. The parties are currently in settlement discussions and seek this extension of time for the purpose of minimizing the unnecessary expenditure of attorneys' fees, thereby lowering the cost of settlement.

This is the first request to the Court for a modification to the briefing schedule on Defendant's motion to dismiss. Plaintiffs previously consented to an extension of time for Defendants to file their answer and/or motion to dismiss from January 28, 2008 to February 15, 2008. The parties previously stipulated to a continuance of the case management conference, which is now scheduled to take place on March 28, 2008, at 8:30 AM. (R. 20, March 6, 2008.)

The parties do not believe that this extension of time will have any effect on the schedule for the case.

DATED:  March 7, 2008        RELMAN & DANE, PLLC

                             By  /s/
                             D. Scott Chang
                             Mary J. Hahn
                             John P. Relman
                             Attorneys for Plaintiffs
                             AHSAN KAHN, et al.

DATED:  March 7, 2008        CHOLAKIAN & ASSOCIATES

                             By  /s/
                             Kevin K. Cholakian
                             Vivian Leung Lerche
                             Attorneys for Defendant
                             SAN FRANCISCO HOUSING
                             AUTHORITY

1
2                          [PROPOSED] ORDER
3    Pursuant to stipulation, and good cause appearing therefore, Plaintiffs' brief in opposition
4    to Defendant's motion to dismiss shall be submitted on April 4, 2008, and the hearing on
5
6    Defendant's motion to dismiss shall be set for April 25, 2008, at 8:30 a.m.
7        It is so ordered.
8
                                                    _____
9                                                   Hon. Charles R. Breyer
                                                    United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE
## NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on March 7, 2008, a copy of the foregoing Stipulation to For Extension of Time for Plaintiffs to Respond to Defendant's Motion to Dismiss and Resetting Hearing of Motion to Dismiss; and [Proposed] Order was electronically filed and by operation of the Court's ECF System was served upon the following:

Kevin K. Cholakian
Vivian Leung Lerche
**Cholakian & Associates**
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: 415-467-8200

      /s/ Mary J. Hahn
      Mary J. Hahn