KEVIN K. CHOLAKIAN (S.B. # 103423)
VIVIAN L. LERCHE (S.B. # 149984)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: (415) 467-8200
Facsimile: (415) 467-8206
kcholakian@cholakian.net
vlerche@cholakian.net

Attorneys for Defendant
SAN FRANCISCO HOUSING AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN KHAN AND SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and RHEANNA KHAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY,<br><br>Defendants. | Case No.: CV 07-6209 CW<br><br>**AMENDED NOTICE OF DEFENDANT SAN FRANCISCO HOUSING AUTHORITY'S MOTION TO DISMISS THE THIRD AND FOURTH CLAIMS FOR RELIEF IN PLAINTIFFS' FIRST AMENDED COMPLAINT**<br>[FED.R.CIV.P. RULE 12(b)(6)]<br><br>Date:  May 1, 2008<br>Time:  2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

TO PLAINTIFFS AHSAN KHAN AND SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and RHEANNA KHAN, individually, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, due to the reassignment of this case to the Honorable Claudia Wilken and the Case Management Scheduling Order, the Motion of Defendant San Francisco Housing Authority for dismissal, with prejudice, of Plaintiffs' Third and Fourth

Claims for Relief in their First Amended Complaint, is set to be heard on **May 1, 2008**. Accordingly, PLEASE TAKE NOTICE that Defendant will comply with the Court's Case Management Scheduling Order and hereby amends its notice setting forth the hearing for **May 1, 2008**, at **2:00 p.m.**, or soon thereafter as counsel may be heard, in **Courtroom 2** of the above-entitled court located at 1301 Clay Street, Oakland, California, Defendant San Francisco Housing Authority will move and does hereby move for dismissal, with prejudice, of Plaintiffs' Third and Fourth Claims for Relief in their First Amended Complaint. This Motion is brought pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure on the following grounds:

1. The Third Claim for Relief alleging violation of the California Fair Housing and Employment Act is barred by the provisions of California Government Code section 954.6;

2. The Fourth Claim for Relief alleging violation of the California Unruh Act is barred by the provisions of California Government Code section 954.6;

3. No leave to amend should be granted as Plaintiff's Third and Fourth Claims for Relief cannot be cured by amendment, and should be dismissed for failure to state a claim, with prejudice.

This Motion is based on this Amended Notice of Motion and Motion, the previously filed and served Memorandum of Points and Authorities, the Request for Judicial Notice, the Court file in this action, and such other evidence or memoranda as may be received by the Court at or in connection with the hearing of this Motion.

DATED: March 31, 2008                                   CHOLAKIAN & ASSOCIATES


By:_____/S/_____
Kevin C. Cholakian
Vivian Leung Lerche
Attorneys for Defendant
SAN FRANCISCO HOUSING AUTHORITY