Clerk's Use Only

Initial for fee pd.:

1  Glenn Schlactus
   Relman & Dane, PLLC
2  1225 19th Street, N.W., Suite 600
   Washington, DC 20036-2456
3  Telephone: 202-728-1888

**FILED**
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AHSAN KHAN and SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and REHANA KHAN, individually,

Plaintiff(s),

CASE NO. C-07-6209-CW

v.

SAN FRANCISCO HOUSING AUTHORITY,

Defendant(s).

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Glenn Schlactus , an active member in good standing of the bar of the District of Columbia (and an inactive member of the State Bar of California, bar # 208414) , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs Ahsan Khan et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
M. Julie Patino
Bay Area Legal Aid
2 West Santa Clara Street, 8th Floor
San Jose, CA 95113
Telephone: 408-283-3700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: APRIL 18, 2008

**CERTIFICATE OF SERVICE**
**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that on April 18, 2008, a copy of the foregoing Application for Admission of Glenn Schlactus *Pro Hac Vice* was filed by overnight mail and served upon the following by first-class mail:

| | |
|---|---|
| Kevin K. Cholakian<br>Vivian Leung Lerche<br>**Cholakian & Associates**<br>5 Thomas Mellon Circle, Suite 105<br>San Francisco, CA 94134 | Julie Patino<br>Ernest Morris<br>Adam J. Zapala<br>**Bay Area Legal Aid**<br>2 West Santa Clara Street, 8th Floor<br>San Jose, CA 95113 |

/s/ Kate Berry
Kate Berry