UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KHAN ET AL,

    Plaintiff,

v.

SF HOUSING AUTHORITY,

    Defendant.

NO. C 07-06209 CW

**MINUTE ORDER**
Date: 5/1/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Adam Zapala; M. Julie Patino

**Appearances for Defendant:**
Vivian Lerche

**Motions:**

| | | |
|---|---|---|
| Defendant's | Mo. to dismiss third and fourth claims for relief in plaintiffs' first amended complaint | Under Submission |

Further briefing due:
Order to be prepared by:  Court

**Case Management Conference Held?:**  Yes

Notes:  Motion taken under submission.  See separate order for CMC dates.

Copies to:  Chambers