1
2
3
4
5
6
7

**United States District Court**
**Northern District of California**

8              # UNITED STATES DISTRICT COURT

9              ## Northern District of California

10  | Khan,                                      |  07-06209 CW ENE

11  |              Plaintiff(s),                 |  **Notice of Appointment of Evaluator**

12  |      v.

13  | SF Housing Authority,

14  |              Defendant(s).

15  TO COUNSEL OF RECORD:

16        The court notifies the parties and counsel that the Evaluator assigned to this

17  case is:

18                            **Brad Seligman**
                              The Impact Fund
19                            125 University Ave.
                              Berkeley, CA 94710-1616
20                            510-845-3473
                              bs@impactfund.org
21
        Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which
22
    governs the ENE program.  The evaluator will schedule a joint phone conference with
23
    counsel under ADR L.R. 5-7 and will set the date of the ENE session within the
24
    deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court
25
    permits the evaluator to charge each party its pro rata share of the cost of the phone
26
    conference.
27
28

**Notice of Appointment of Evaluator**
07-06209 CW ENE                        - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.

2    5-8 shall NOT be filed with the court.

3

4    Dated: May 14, 2008

5    RICHARD W. WIEKING
     Clerk
6    by:    Claudia M. Forehand

7

8    ADR Case Administrator
     415-522-2059
9    Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**Notice of Appointment of Evaluator**
07-06209 CW ENE                    - 2 -