1 GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
2 JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
3 BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
4 555 12th Street, Suite 1800
P. O. Box 12925
5 Oakland, CA 94604-2925
Telephone: (510) 834-4350
6 Facsimile: (510) 839-1897

7 Attorneys for Defendants
COUNTY OF ALAMEDA; GREGORY J. AHERN,
8 CHARLES PLUMMER, and SIERRY WILHELM

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 VERONICA A. HARRISON, | Case No.: C 07-00921 CW |
| 12       Plaintiff, | [PROPOSED] |
| 13 vs. | ORDER EXCUSING DEFENDANTS GREGORY J. AHERN AND CHARLES |
| 14 THE CITY OF OAKLAND, OAKLAND | PLUMMER FROM ATTENDING UPCOMING MEDIATION |
| 15 POLICE DEPARTMENT; COUNTY OF ALAMEDA; ALAMEDA COUNTY | |
| 16 SHERIFF'S DEPARTMENT; GREGORY J. AHERN, individually and in his official | First Amended Complaint Filed: November 7, 2007 |
| 17 capacities as sheriff for the COUNTY OF ALAMEDA; CHARLES PLUMMMER, | |
| 18 individually and in his former official capacities as sheriff for the COUNTY OF | |
| 19 ALAMEDA; RICHARD BUCKOUT, individually and in his official capacities as a | |
| 20 sheriff's deputy for the COUNTY OF ALAMEDA; ANREW BROSI, individually | |
| 21 and in his official capacities as a sheriff's deputy for the COUNTY OF ALAMEDA; | |
| 22 SIERRY WILHELM, individually and in his official capacities as a sheriff's deputy for the | |
| 23 COUNTY OF ALAMEDA and DOES 1 to 100 inclusive, | |
| 24       Defendants. | |
| 25 | |

-1-

ORDER EXCUSING GREGORY J. AHERN AND CHARLES PLUMMER FROM ATTENDING
UPCOMING MEDIATION
*Veronica A. Harrison vs. The City of Oakland, et al.*; U.S.D.C.-N. Dist. of CA Case No. C 07-00921 CW

1. By letter dated June 30, 2008, defendants COUNTY OF ALAMEDA; GREGORY J. AHERN, CHARLES PLUMMER, and SIERRY WILHELM have requested, pursuant to ADR Local Rule 6-9(d), that defendants GREGORY J. AHERN and CHARLES PLUMMER be excused from personally attending a mediation scheduled by the parties to occur on August 15, 2008. This letter shows that the attendance of AHERN and PLUMMER would present an unjustifiable hardship to these individuals, and that the value of the case, while uncertain, does not necessitate the personal attendance of AHERN and PLUMMER. This letter further shows that neither the parties nor the mediator object to AHERN and PLUMMER being excused from attending this mediation. For these reasons, and good cause otherwise appearing therefor, the Court hereby ORDERS as follows:

Defendants **GREGORY J. AHERN and CHARLES PLUMMER** are hereby **EXCUSED** from attending the mediation of this case on August 15, 2008.

**SO ORDERED.**

DATED: 7/7/08

By: _____
~~WAYNE D. BRAZIL~~
~~UNITED STATES MAGISTRATE JUDGE~~

25252\436138

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-2-
ORDER EXCUSING GREGORY J. AHERN AND CHARLES PLUMMER FROM ATTENDING UPCOMING MEDIATION
*Veronica A. Harrison vs. The City of Oakland, et al.*: U.S.D.C.-N. Dist. of CA Case No. C 07-00921 CW