1 | D. Scott Chang, SBN 146403
2 | Mary J. Hahn*
  | John P. Relman *
3 | Relman & Dane, PLLC
4 | 1225 19th Street, N.W., Suite 600
  | Washington, DC 20036-2456
5 | Telephone: (202) 728-1888
  | Facsimile: (202) 728-0848
6 | schang@relmanlaw.com
7 |
  | * *pro hac vice* application to be filed
8 |
9 | M. Julie Patino, SBN 250375
  | Adam J. Zapala, SBN 245748
10 | Bay Area Legal Aid
   | 2 West Santa Clara Street, 8th Floor
11 | San Jose, CA 95113
12 | Telephone: (408) 283-3700
   | Facsimile: (408) 283-3750
13 | jpatino@baylegal.org
14 |
   | Attorneys for Plaintiffs
15 |
16 |
   | IN THE UNITED STATES DISTRICT COURT
17 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
   | SAN FRANCISCO / OAKLAND DIVISION
18 |
19 |
20 | AHSAN KHAN and SALEHA KHAN,  ) Case No.: CV-07-6209-CW
   | individually and on behalf of their minor )
21 | children, IRFAN KHAN, ASIF KHAN, ) **ORDER FOR PERMISSION OF MRS.**
   | NOREEN KHAN, KAYNAT KHAN, LAIBA ) **SALEHA KHAN TO ATTEND**
22 | KHAN and BILAL KHAN, and REHANA ) **MEDIATION BY TELEPHONE**
   | KHAN, individually, )
23 | )
24 |        Plaintiffs, )
   | )
25 |    vs. )
   | )
26 | )
   | SAN FRANCISCO HOUSING AUTHORITY, )
27 | )
   |        Defendant. )
28 | _____
29 |

Order for Permission of Mrs. Saleha Khan to attend mediation by telephone.

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

It is hereby ordered, pursuant to local ADR Rule 6-9(d) for the Federal Court of the Northern District of California, that Mrs. Saleha Khan is excused from attending the July 17, 2008 mediation in the matter of Khan et. al. vs. San Francisco Housing Authority. Mrs. Saleha Khan will attend the mediation by telephone from Pakistan.

July ____7____, 2008

Signed,

~~ADR Magistrate Judge~~
~~Wayne D. Brazil~~

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Order for Permission of Mrs. Saleha Khan to attend mediation by telephone

2