**FILED**

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT   E-filing

## Northern District of California

| | |
|---|---|
| Khan,<br><br>        Plaintiff(s),<br><br>v.<br><br>SF Housing Authority,<br><br>        Defendant(s). | No. C 07-06209 CW ENE<br><br>**Certification of ADR Session** |

_Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file._

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 7/17/08 + Subsequent

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: 8/15/08

Evaluator, Brad Seligman
The Impact Fund
125 University Ave.
Berkeley, CA 94710-1616

Certification of ADR Session
07-06209 CW ENE