D. Scott Chang, SBN 146403
John P. Relman*
Glenn Schlactus, SBN 208414
RELMAN & DANE, PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com
*admitted *pro hac vice*

M. Julie Patiño, SBN 250375
Adam J. Zapala, SBN 245748
BAY AREA LEGAL AID
2 West Santa Clara Street, 8th Floor
San Jose, CA  95113
Telephone: (408) 283-3700
Facsimile: (408) 283-3750
jpatino@baylegal.org

Attorneys for Plaintiffs
AHSAN KHAN, et al.

Kevin K. Cholakian, SBN 103423
Vivian L. Lerche, SBN 149984
Cholakian & Associates, A
   Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA  04134
Telephone:  (415) 467-8200
Facsimile:  (415) 467-8206
kcholakian@cholakian.net

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHSAN KHAN AND SALEHA KHAN, individually and on behalf of their minor children, IRFAN KHAN, ASIF KHAN, NOREEN KHAN, KAYNAT KHAN, LAIBA KHAN and BILAL KHAN, and RHEANNA KHAN, individually,<br><br>    Plaintiff,<br> vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY,<br><br>    Defendants. | Case No.:  C-07-6209-CW<br><br>**ORDER GRANTING JOINT STIPULATION IN RESOLUTION OF LAWSUIT** |

1  **JOINT STIPULATION IN RESOLUTION OF LAWSUIT**

Plaintiffs Ahsan Khan, Saleha Khan, Asif Khan, Noreen Khan, Kaynat Khan, Laiba Khan, Bilal Khan, Rheanna Khan, Irfan Khan and Defendant San Francisco Housing Authority (collectively, the "Parties") have entered into a Settlement Agreement and Release ("Settlement Agreement") in full resolution of the claims asserted in this lawsuit.[1]  The Parties agree that the terms of the Settlement Agreement reflect a full and fair resolution of the disputes between them.

The Parties respectfully request that the Court enter the Settlement Agreement as a Confidential Order of the Court and dismiss Plaintiffs' claims with prejudice except so as to retain jurisdiction to enforce the Settlement Agreement.

---

[1] The terms of the Settlement Agreement and Release require the parties to keep the document confidential and require the parties to ask the Court to do so as well.  Accordingly, the parties are today also filing a Joint

Respectfully submitted,

| | |
|---|---|
| /s/_____ | /s/_____ |
| D. Scott Chang, SBN 146403 | Kevin K. Cholakian, SBN 103423 |
| John P. Relman * | Vivian L. Lerche, SBN 149984 |
| Glenn Schlactus, SBN 208414 | Cholakian & Associates, A |
| Relman & Dane, PLLC |    Professional Corporation |
| 1225 19th Street, N.W., Suite 600 | 5 Thomas Mellon Circle, Suite 105 |
| Washington, DC 20036-2456 | San Francisco, CA 04134 |
| Telephone: (202) 728-1888 | Telephone: (415) 467-8200 |
| Facsimile: (202) 728-0848 | Facsimile: (415) 467-8206 |
| schang@relmanlaw.com | kcholakian@cholakian.net |
| jrelman@relmanlaw.com | vlerche@cholakian.net |
| gschlactus@relmanlaw.com | |
| | *Attorneys for Defendant* |

M. Julie Patiño, SBN 250375
Adam J. Zapala, SBN 245748
Bay Area Legal Aid
2 West Santa Clara Street, 8th Floor
San Jose, CA 95113
Telephone: (408) 283-3700
Facsimile: (408) 283-3750
jpatino@baylegal.org

*Attorneys for Plaintiffs*


* admitted *pro hac vice*


Dated: November 26, 2008

---

Administrative Motion to Seal the Settlement Agreement and are lodging two copies of the Settlement with the Clerk as required by Civil L. R. 79-5(b).

---

2
Joint Stipulation in Resolution of Lawsuit
CASE NO. C-07-6209-CW

1  Pursuant to stipulation, it is hereby **ORDERED** that the Settlement Agreement and

2  Release be entered as a Confidential Order of this Court.  Pursuant to paragraph 17 of the

3  Settlement Agreement and Release, Plaintiffs' claims are dismissed with prejudice, except that

4  the Court shall retain jurisdiction to enforce the Settlement Agreement and Release.

5

6        12/5

7  Dated:_____, 2008       _____

8                                    Honorable Claudia Wilken
                                     United States District Judge